**Alex Dave ALEXANDER,
Plaintiff—Appellant,**

v.

**Terena RICE, Sergeant; Andre Huskins, Lieutenant at McDowell County Jail; Deputy Sheriff Campbell, at McDowell County Jail; Deputy Sheriff Duncan, at McDowell County Jail, Defendants—Appellees.**

No. 05–7231.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 7, 2005.

Alex Dave Alexander, Appellant Pro Se. Patrick Houghton Flanagan, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, Julie L. Kerr, Cranfill, Sumner & Hartzog, L.L.P., Charlotte, North Carolina, for Appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alex Dave Alexander seeks to appeal the district court's order dismissing his claims against defendant Campbell. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Alexander seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*